UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ORIGINAL

NEW WORLD SYSTEMS CORPORATION

        Plaintiff(s),

v.

CHAUNCEY JONES and
TYLER TECHNOLOGIES, INC.

        Defendant(s).

Case No.

Judge

Magist

Case: 2:06-cv-11603
Assigned To: Hood, Denise Page
Referral Judge: Morgan, Virginia M
Filed: 04-04-2006 At 11:55 AM
REM NEW WORLD SYS CORP V CHAUNCEY JONES, ET AL (LG)

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, TYLER TECHNOLOGIES, INC.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: April 4, 2006

*[signature]*

Daniel J. Bernard (P34225)
Vercruysse Murray & Calzone PC
31780 Telegraph Road
Suite 200
Bingham Farms, MI 48025
(248) 540-8019
dbernard@vmclaw.com