MIE 800 Generic Notice of Hearing (Rev. 3/98)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

NEW WORLD SYSTEMS CORP.,
                Plaintiff(s),

v.

CHAUNCEY JONES, et al.,
                Defendant(s).
_____/

CASE NUMBER: 06-11603

HONORABLE DENISE PAGE HOOD

## NOTICE OF:
## SCHEDULING CONFERENCE

You are hereby notified to appear before the Honorable Denise Page Hood, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 237 |
|------|------|----------|
| **May 30, 2006** | **2:45 p.m.** | **Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226** |

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing document was served upon Ralph M. Safford, Esq. and Daniel J. Bernard, Esq. on April 12, 2006, by electronic and/or ordinary mail.

Date: April 12, 2006

s/ WILLIAM F. LEWIS
_____
Deputy Clerk                313-234-5165