UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW WORLD SYSTEMS CORPORATION,

        Plaintiff,                           Honorable Denise Page Hood

vs.                                          Case No. 06-11603

CHAUNCEY JONES and
TYLER TECHNOLOGIES, INC.,

        Defendants.
_____/

## APPEARANCE

To:    Clerk of the Court
        U.S. District Court
        Eastern District of Michigan
        Theodore Levin United States Courthouse
        231 W. Lafayette Blvd.
        Detroit, MI 48226

        Please enter the appearance of William E. Altman as counsel for Defendants in the above-entitled cause.

**VERCRUYSSE MURRAY & CALZONE**

By:    s/ William E. Altman
        William E. Altman (P52788)
31780 Telegraph Rd. Ste. 200
Bingham Farms, MI 48025-3469
waltman@vmclaw.com
(248) 540-8019

Dated: April 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Ralph R. Safford  and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: none.

/s/ William E. Altman
William E. Altman
Vercruysse Murray & Calzone, P.C.
31780 Telegraph Road, Ste. 200
Bingham Farms, MI 48025-3469
waltman@vmclaw.com
(248) 540-8019