## **INDEX OF EXHIBITS**

Exhibit 1 –   Complaint

Exhibit 2 –   *Bernard v. Schech*, 2001 WL 560983, *2 (E.D. Mich 2001)

Exhibit 3 -   *Danuloff v. The Color Center*, 1993 WL 738578, *2 (E.D. Mich. 1993)

Exhibit 4 -   *Verve, LLC v. Becton Dickinson & Co.*, 2002 WL 551031, *2 (E.D. Mich. 2002)