**INDEX OF ATTACHMENTS**

| Exhibit | Title |
|---------|-------|
| 1 | Employment Agreement between New World and Chauncey Jones |
| 2 | Corporate Asset Assignment Agreement between New World and Chauncey Jones |
| 3 | Affidavit of David Materne |
| 4 | Letter from H. Lynn Moore, Jr., to Claudia Babiarz, dated March 23, 2006 |
| 5 | Affidavit of Robert W. Snow (with Exhibits A–I) |