

888 West Big Beaver Road
Suite 1100
Troy, MI 48084
(248) 269-1000
(248) 269-1030 facsimile

# CORPORATE ASSET ASSIGNMENT

Used for the assignment and management of New World corporate assets.

**Employee Name: Chauncey Jones**

| ASSET DESCRIPTION: | | Tag # | Serial Number | Location(s) - Use Office Mobile Home | Expected Return Date |
|---|---|---|---|---|---|
| IBM | THINKPAD 560X | 2640-70U | 1132 78-AWZ60 | ALL | TBD |
| XIRCOM | PCMCIA ETHER/MODEM | CEM33 | 1123 5089484 | ALL | TBD |
| OSITECH | DPI MODEM | 400038-001 | 815 96Q5032511C8 | ALL | TBD |
| IBM | 3 1/2" DISKETTE DRIVE | 10H3980 | 1133 J13X0034319 | ALL | TBD |

**STATEMENT OF RESPONSIBILITY: I have received the items listed above and understand that:**

1. The above items, the data and programs contained on or included with them, and any files or data created with them are the exclusive property of New World Systems.
2. The above items are assigned for business use only. Unauthorized use and/or use by unauthorized individuals is prohibited.
3. No software package may be installed, copied, or used in any way that is inconsistent with the software's licensing agreement.
4. The above assets should be used in accordance with all other pertinent New World Systems policies.
5. The undersigned agrees to exercise reasonable care when using, transporting, or storing any of the above items.
6. The undersigned accepts responsibility for any misuse, loss of, or damage to the above items beyond what would be considered reasonable use and depreciation.
7. In the event any of the above assets is lost, stolen, or damaged, the undersigned agrees to notify New World management within 24 hours.
8. The undersigned agrees to return the above items, in working order, on or before the stated Return Date or within 24 hours of the termination of his/her employment with New World Systems.

**SIGNATURES & APPROVAL:**

By signing this agreement, the undersigned acknowledges acceptance of all the assets listed above and agrees to the above Statement of Responsibility governing their use.

Employee Name: Chauncey Jones

Employee Signature: _Chauncey J_    Date: 10/13/98

**Return Details**

Date: _____

Received by: _____

Signature: _____

original - personnel   copy 1 - employee   copy 2 - department head   copy 3 - asset file

C:\My Documents\assign\jonesc.doc