**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NEW WORLD SYSTEMS CORPORATION,

                Plaintiff,        Case No. 2:06-cv-11603
                                        Hon. Denise Page Hood

v.

CHAUNCEY JONES and TYLER        Magistrate Judge Virginia M. Morgan
TECHNOLOGIES, INC.,

                Defendants.

---

| | |
|---|---|
| SAFFORD & BAKER, PLLC | VERCRUYSSE, MURRAY & CALZONE, PC |
| Ralph R. Safford (P24633) | Daniel J. Bernard (P34225) |
| Mary Ann Hart (P48994) | William E. Altman (P52788) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 40900 Woodward Avenue, Suite 275 | 31780 Telegraph Road, Suite 200 |
| Bloomfield Hills, Michigan 48304 | Bingham Farms, Michigan 48025 |
| (248) 646-9100 | (248) 540-8019 |

Claudia V. Babiarz (P36230)
Co-Counsel for Plaintiff
888 W. Big Beaver Road, Suite 600
Troy, Michigan 48084
(248) 269-1000

---

**PLAINTIFF'S MOTION FOR EXPEDITED HEARING OF ITS**
**MOTION FOR PRELIMINARY INJUNCTION AND OTHER RELIEF**

New World Systems Corporation ("New World"), by and through its attorneys, Safford & Baker, PLLC, and Claudia Babiarz, moves for an expedited hearing of its Motion for Preliminary Injunction and Other Relief.

As set forth more fully in New World's Motion for Preliminary Injunction and Other Relief, Defendant Jones, a former New World employee, is directly competing with New World

as an employee of Defendant Tyler Technologies, Inc., in violation of a noncompetition agreement. In addition, following the termination of his employment with New World, Jones failed to return New World's confidential information and accessed New World's confidential and proprietary database without authorization and copied information from it.

In light of the likelihood that Defendants are intentionally or inadvertently using New World's confidential information to compete against it, and the difficulty of measuring the damages from their wrongful acts, New World seeks a hearing of its Motion for Preliminary Injunction and Other Relief on an expedited basis.

SAFFORD & BAKER, PLLC

Dated: April 26, 2006     By:    s/*Mary Ann Hart*
                                              Ralph R. Safford (P24633)
                                              Mary Ann Hart (P48994)
                                              Attorneys for Plaintiff
                                              40900 Woodward Avenue, Suite 275
                                              Bloomfield Hills, Michigan 48304
                                              (248) 646-9100

                                              Claudia V. Babiarz (P36230)
                                              Co-Counsel for Plaintiff
                                              888 W. Big Beaver Road, Suite 600
                                              Troy, Michigan 48084
                                              (248) 269-1000

**PROOF OF SERVICE**

I hereby certify that on **April 26, 2006**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to Daniel J. Bernard and William E. Altman.

                                                          s/Mary Ann Hart (P48994)  
                                                          Safford & Baker, PLLC  
                                                          40900 Woodward Avenue, Suite 275  
                                                          Bloomfield Hills, Michigan 48304  
                                                          (248) 646-9100  
                                                          mhart@saffordbaker.com