UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NEW WORLD SYSTEMS CORPORATION,

        Plaintiff(s),

v.

CHAUNCEY JONES and TYLER
TECHNOLOGIES, INC.,

        Defendant(s).
_____/

Case No. 2:06-cv-11603

Judge Denise Page Hood

Magistrate Judge Virginia M. Morgan

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __NEW WORLD SYSTEMS CORPORATION__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: April 10, 2006

                                                Mary Ann Hart (P48994)
                                                Safford & Baker, PLLC
                                                40900 Woodward Avenue
                                                Suite 275
                                                Bloomfield Hills, Michigan 48304
                                                (248) 646-9100
                                                mhart@saffordbaker.com