UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW WORLD SYSTEMS CORPORATION,

        Plaintiff,

vs.

CHAUNCEY JONES and
TYLER TECHNOLOGIES, INC.,

        Defendants.

Case No. 06-11603
Honorable Denise Page Hood

---

## DEFENDANTS' MOTION FOR EXPEDITED DISCOVERY

**VERCRUYSSE MURRAY & CALZONE, P.C.**
**Daniel J. Bernard (P34225)**
    dbernard@vmclaw.com
**William E. Altman (P52788)**
    waltman@vmclaw.com
31780 Telegraph Road, Suite 200
Bingham Farms, Michigan  48025
(248) 540-8019
**Attorneys for Defendants**

Defendants Chauncey Jones and Tyler Technologies, Inc., by and through their attorneys, hereby move this Honorable Court for an order permitting Defendants to engage in expedited discovery for the purpose of responding to Plaintiff's motion for preliminary injunction.

Defendants' motion is based on the authorities discussed in the accompanying brief.

On May 2, 2006, the undersigned contacted Plaintiff's counsel and requested concurrence in the relief requested herein. Concurrence has not yet been obtained, thus necessitating the filing of this motion.

For the foregoing reasons, Defendants pray that this Honorable Court will grant Defendants' motion for expedited discovery and permit Defendants to engage in expedited discovery for 30 days on the issues pertinent to Plaintiff's motion for a preliminary injunction.

Respectfully submitted,

VERCRUYSSE MURRAY & CALZONE, P.C.

By: s/Daniel J. Bernard
Daniel J. Bernard (P34225)
William E. Altman (P52788)
31780 Telegraph Road, Suite 200
Bingham Farms, Michigan 48025
(248) 540-8019
Attorneys for Defendants

Dated: May 3, 2006