## INDEX OF ATTACHMENTS

| Exhibit | Title |
|---------|-------|
| 1 | Affidavit of Robert W. Snow (with Exhibit A) |