**INDEX OF ATTACHMENTS**

| Exhibit | Title |
|---|---|
| 1 | Tyler webpage:  Regional Office Locations |
| 2 | Tyler webpage:  The Divisions of Tyler Technology |
| 3 | Affidavit of David Materne in Opposition to Defendants' Motion to Change Venue or, Alternatively, to Dismiss this Action Against Defendant Chauncey Jones |