


OUR CLIENT
BASE SPREADS ACROSS
THE ENTIRE NATION

http://www.tylertechnologies.com/clients/home.asp