# tyler works.

::: Home  ::: Solutions  ::: Company  ::: News  ::: Investors

Company

People

Careers

Contact

Divisions

Customers

## The Divisions of Tyler Technologies

*Tyler's comprehensive list of product and service offerings are delivered by Tyler's divisions -- CLT, Eagle, Eden, INCODE, MUNIS, TSG and Tyler Public Safety. These "best of breed" companies are all industry leaders in their own right, but work in concert to realize Tyler's goals of becoming the leader in the local government software and services market.*

Collectively, Tyler's divisions represent over 2 centuries of domain expertise in the state and local government arena. While each division offers solutions for a variety of government sectors and jurisdictions, each one has a few primary areas of focus:

**Assessment & Tax (CLT)**
Year established: 1938
Headquarters: Dayton, Ohio
President: Andrew Teed
Primary focus: Mass appraisal; property tax administration

**Eagle Computer Systems (Eagle)**
Year established: 1978
Headquarters: Lakewood, Colorado
President: Steve Nieman
Primary focus: Land and vital records and imaging; document and content management

**Eden Systems (Eden)**
Year established: 1981
Headquarters: Renton, Washington
President: Jeff Green
Primary focus: Financials; personnel; citizen services with GIS

**INCODE**
Year established: 1981
Headquarters: Lubbock, Texas
President: Dusty Womble
Primary focus: Financials; municipal court; utility billing



**MUNIS**
Year established: 1962
Headquarters: Falmouth, Maine
President: Richard Peterson, Jr.
Primary focus: Financials; payroll/HR; tax; utility billing
Tyler TACS Pension Software
Tyler Education Management Solutions

**The Software Group (TSG)**
Year established: 1981
Headquarters: Plano, Texas
President: Glenn Smith
Primary focus: Court case management

**Tyler Public Safety**
Year established: 2004
Headquarters: Lubbock, Texas
President: Kent Hudson
Primary focus: Local law enforcement

The divisions of Tyler Technologies have been providing information technology solutions to cities and counties for well over 20 years. These geographically diverse companies offer a variety of products and services, but have several characteristics in common -- including strong customer relationships, a reputation for quality and service, and a history of profitable growth. Together, these market niche leaders have built the country's largest company focused solely on providing software and services to the local government market.

© 2004 Tyler Technologies, Inc.                                    Privacy Policy | Legal Notices