# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**NEW WORLD SYSTEMS CORPORATION,**

    **Plaintiff,**

                                                Case No. 06-11603

v.

                                                HONORABLE DENISE PAGE HOOD

**CHAUNCEY JONES** and **TYLER TECHNOLOGIES, INC.,**

    **Defendants.**

_____/

## ORDER

       This matter is before the Court on Defendants' Motion for Expedited Discovery filed on May 3, 2006. Plaintiff New World Systems Corporation [hereinafter "Plaintiff"] filed their Response to Defendants' Motion for Expedited Discovery on May 4, 2006.

       In their Motion, the Defendants request that this Court permit the Defendants to engage in expedited discovery for 30 days on the issues pertinent to Plaintiff's pending Motion for Preliminary Injunction and Other Relief.

       In their Response, Plaintiff opposed Defendants' Motion for Expedited Discovery to the extent that the Defendants seek a 30 day delay in the Court's ruling on its pending Motion for Preliminary Injunction and Other Relief, during which time Plaintiff argues Defendant Jones will continue competing with Plaintiff in violation of the Non-Competition provision of his Employment Agreement with Plaintiff.

       At a hearing on May 4, 2005, this Court determined that Plaintiff's Motion for Preliminary Injunction and Other Relief would be heard in two parts. In Plaintiff's Motion for Preliminary

Injunction and Other Relief, Plaintiff requests that this Court to enforce the Non-Competition provision of the Employment Agreement between Plaintiff and Defendant Jones; enjoin Defendant Jones and Defendant Tyler Technologies, Inc. from utilizing Plaintiff's trade secrets and confidential information; and order Defendants, at Defendant's expense, to allow a third party to examine their computer systems to determine whether any of Plaintiff's confidential and proprietary information is present.  This Court holds that Plaintiff's Motion for Preliminary Injunction and Other Relief as to the enforcement of the Non-Competition provision of the Employment Agreement between Plaintiff and Defendant Jones, and Defendants' Motion to Change Venue or, Alternatively, to Dismiss this Action against Defendant Chauncey Jones will be heard on May 15, 2006 at 4:00 P.M. Further, this Court grants  in part and denies in part Defendants' Motion for Expedited Discovery. At the hearing, Plaintiff's Counsel agreed to allow Defendants' Counsel access to Defendant Jones' laptop computer that he possessed while in the employ of Plaintiff.  The purpose for the access to the laptop computer is to allow Defense Counsel to "mirror" the hard drive so that it may be examined by an expert in computer forensics hired by Defendant Tyler Technologies, Inc.  This Court will allow Defendant's Counsel 14 days after the hard drive is "mirrored" to conduct expedited discovery, subject to a confidentiality order agreed to by the parties.
Accordingly,

     IT IS ORDERED that Defendants' Motion for Expedited Discovery **[Docket No. 9, filed May 3, 2006]**, is GRANTED in part and DENIED in part, subject to a confidentiality order agreed to by the parties.

     IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction and Other

Relief as to the enforcement of the Non-Competition provision of the Employment Agreement between Plaintiff and Defendant Jones, and Defendants' Motion to Change Venue or, Alternatively, to Dismiss this Action against Defendant Chauncey Jones **[Docket Nos. 5 and 6 , filed April 21, 2006 and April 26, 2006]**, will be heard on May 15, 2006 at 4:00 P.M.

      /s/ Denise Page Hood  
DENISE PAGE HOOD  
United States District Judge

DATED: May 5, 2006

      I hereby certify that a copy of the foregoing document was served upon counsel of record on May 5, 2006, by electronic and/or ordinary mail.

s/William F. Lewis  
Case Manager