UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW WORLD SYSTEMS CORPORATION,

        Plaintiff,

vs.

CHAUNCEY JONES and
TYLER TECHNOLOGIES, INC.,

        Defendants.

Case No. 06-11603
Honorable Denise Page Hood

---

### CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, Defendants' Emergency Motion for Partial Reconsideration and Brief in Support of Emergency Motion for Partial Reconsideration were electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the following: <u>Ralph R. Safford and Mary Ann Hart</u>, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: <u>none.</u>

                                              /s/ Daniel J. Bernard
                                              Daniel J. Bernard (P34225)
                                              Vercruysse Murray & Calzone, P.C.
                                              31780 Telegraph Road, Ste. 200
                                              Bingham Farms, MI 48025-3469
                                              dbernard@vmclaw.com
                                              (248) 540-8019