**INDEX OF ATTACHMENTS**

| Exhibit | Title |
|---|---|
| 1 | Employment Agreement between New World and Chauncey Jones |
| 2 | Corporate Asset Assignment Agreement between New World and Chauncey Jones |
| 3 | Cover Page to New World's Logos® Price List |
| 4 | Letter from David Materne to John Marr, Jr., dated March 8, 2006 |
| 5 | Letter from Claudia Babiarz to H. Lynn Moore, Jr., dated March 16, 2006 |
| 6 | Letter from H. Lynn Moore, Jr., to Claudia Babiarz, dated March 23, 2006 |