

PUBLIC ADMINISTRATION SOFTWARE



# 2006

# LOGOS® PUBLIC ADMINISTRATION

## PRICE LIST

## CONFIDENTIAL

*This document is considered highly confidential to New World Systems. Any duplication, of all or any portion of this document, requires prior written approval from the President of New World Systems.*

*All proposals, agreements or budget information that includes pricing must be approved by New World Systems' Sales Management prior to being sent to a Customer or Prospect.*

*Pricing for Tier 6, 7, 8 and 9 must be approved by Logos Vice President prior to submitting to Prospect and/or Customer.*



