


The Public Sector Software Company

March 8, 2006

**VIA CERTIFIED AND REGULAR U.S. MAIL**

Tyler Technologies, Inc.
5949 Sherry Lane
Suite 1400
Dallas, TX 75225
**ATTENTION**: John S. Marr, Jr., President and CEO        **(CONFIDENTIAL)**

Dear Mr. Marr:

We have recently learned that Chauncey Jones, a former New World Systems employee, is or soon may be employed by your firm. Mr. Jones and New World executed an employment agreement which contains non-disclosure and non-competition provisions which remain in full force and effect. It has been our company policy to use and enforce non-compete agreements, as well as to honor those agreements used by our competitors. We believe there is no question that you are a direct competitor of New World and Mr. Jones' employment by you, a direct violation of our agreement with him.

This letter is intended to provide Tyler Technologies notice that New World would consider employment of Mr. Jones by your company as interference in the business agreement that New World has with him. We would ask you to please consider your actions carefully in this regard. If you have any questions, please contact me.

By copying this letter to Mr. Jones, we are hereby notifying him of our position on this matter as well.

Thank you very much.

Sincerely,

David Materne
Vice President - Finance & Administration


CC:   Claudia V. Babiarz, Corporate Counsel, New World Systems Corp.
      Chauncey Jones (by Certified and Regular U.S. Mail)
      H. Lynn Moore, Jr., Vice President, General Counsel and Secretary, Tyler Technologies

NonC notice Chauncey Jones.doc

Corporate: 888 West Big Beaver Road • Suite 600 • Troy • Michigan 48084-4719 • 248-269-1000 • www.newworldsystems.com