

*New World Systems*
*The Public Sector Software Company*

March 16, 2006

VIA E-Mail and Fax

H. Lynn Moore, Jr.
Vice President, General Counsel and Secretary
Tyler Technologies, Inc.
5949 Sherry Lane
Suite 1400
Dallas, TX 75225

Re: Chauncey Jones

Dear Mr. Moore:

I am general counsel to New World Systems Corporation. I am writing to alert you to a serious situation which has recently developed concerning a former sales representative of New World, Chauncey Jones.

We understand that Mr. Jones was recently hired by Tyler Technologies, Inc., or one of its affiliates, in a similar capacity. Our Vice President-Finance, David Materne, wrote to John Marr last week, but has not yet received any reply. A copy of that letter is enclosed.

Mr. Jones attended a pre-proposal conference in Palm Beach, Florida last week, representing Tyler. During Mr. Jones' employment with New World, he solicited sales from Palm Beach and other prospective clients in his sales territory. Mr. Jones continues to be bound by the non-compete and non-disclosure provisions contained in his employment agreement with New World. By calling on Palm Beach or other prospects in his former sales territory, he is in breach of that agreement. A copy of the non-compete and non-disclosure sections of his employment agreement, which was signed in 1998, is also enclosed.

Even more critically, Mr. Jones has failed, despite repeated requests, to return to New World his company laptop computer and any of New World's confidential and proprietary information in his possession, including the data and information contained in the company laptop. If he has not yet breached the non-disclosure provisions, New World is legitimately very concerned that Mr. Jones will inevitably use and disclose confidential New World information in his new role as a Tyler sales representative, as he solicits the same customers and prospects he serviced while in New World's employ for the purpose of selling Tyler's competing products.

Page 2
H. Lynn Moore, Jr.

I would appreciate it if you could give this serious matter your immediate attention. I plan to call you tomorrow to attempt to work out a resolution acceptable to New World. If you are unavailable tomorrow, please contact me no later than Tuesday March 21, 2006 at (248)269-1000. If I am not in the office, please ask for my assistant, Ruth Ann Hines, to leave a message.

Sincerely,

Claudia V. Babiarz
Corporate Counsel

Cc: David Materne, Vice President
Robert Lewis, Vice President
Ruth Ann Hines, Executive Assistant