## INDEX OF EXHIBITS TO DEFENDANTS' BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION REGARDING NON-COMPETITION

| Exhibit | Description |
|---|---|
| A | Affidavit of Chauncey Jones |
| B | Excerpt from DemandStar website |
| C | DemandStar information regarding Town of Palm Beach RFP |
| D | Partial List of Potential Suppliers for Town of Palm Beach RFP |
| E | *Godlan, Inc v Whiteford and DCL, Inc,* (2003 WL 1094114, March 11, 2003) |
| F | Excerpt from Dade City, FL website |
| G | *A Complete Home Care Agency v Gutierrez,* (2004 WL 1459450, June 29, 2004) |