Government Contracting 101

Helping You Win More Government Business

Federal Contracts | Local Contracting | Subcontracting | Research | Contract Management | RFP And Proj Govt Marketing



**Government Contracting 101**



Competing for government contracts can be extremely profitable — if you know how to approach them. After I grew my own business to one of the top AEC market information sources in the country through working with the government, I decided to start a company that helped other businesses be able to do the same.

Irvine Alpert  As an expert in government business intelligence, we have a vast archive of information and experience pertaining to the government marketplace. In our years of working with different government agencies, we've learned a thing or two about what works in the government procurement process and what doesn't. This site contains some of the most useful and important tips for finding and winning the right government contracting opportunities. If there is a topic we don't cover or a question about doing business with the government we don't answer, send me an email at AskIrv@onvia.com.

- # Learn About Government Contracting Business Intelligence

    Having business intelligence can have a huge impact on your government contacting approach. You now can:

    - - see previous purchasing patterns of your government buyers
    - - view plan holders lists for government contracts you are pursuing
    - - analyze the amounts your competitors bid on the last contract you pursued

    Click here to learn more about new government business intelligence tools.

- # Learn About Electronic Bid Notification for Government Contracting

    No more searching through newspapers for government contracting leads. No more sorting through non-relevant RFPs and bids. No more surfing the web for hours. Electronic bid

notifcation services can help you easily access government RFPs and bids that fit your business. Click here to learn how you can receive timely, targeted government RFPs and bids in your inbox daily.

- ## About Us

- ## Categories

- Contract Management (7)
- Federal Government Contracts (11)
- Government Marketing (10)
- Government RFPs And Proposal Writing (10)
- Government Subcontracting (11)
- Local Contracting (6)
- Research & Government Business Intelligence (6)

- ## Search Gov 101



- 

## Subscribe To This Site

Would you like to be notified when a new article is posted on this web site? Click here to learn more about setting up an RSS feed for Government Contracting 101.



Home | About Us | Terms of Use | Privacy | Site Map | 1-800-574-1508



SOLUTIONS | INDUSTRIES | GOVERNMENT 101 | FOR AGENCIES | DEMO NOW | ABOUT ONVIA

SOLUTIONS:

- Notification
  - Advance Notice
  - Grants
  - Government Bids and RFPs
  - Commercial Build
  - Award Data
  - Federal Plus
- Government Business Intelligence
  - Buyer Research
  - Owner Research
  - Vendor Research
  - Project History
- Navigated Search
- Enterprise Solutions
- Subscription Options

- CUSTOMER CASE STUDIES
- GOVERNMENT 101

## Timely Electronic Notification of Government Contracts and Government Sales Opportunities

Stop searching for government bids and government RFPs and start winning them. With the Onvia Guide, you specify the type of government bid and government contract information that fits your business, and you will receive an email when a federal, state, local or education purchasing office has an opportunity that matches. It is that simple. No more scanning newspapers, trade periodicals and websites. Onvia collects, categorizes, and delivers government contact information that fits your business including:

- Advance Notice for Government Contracts
- Government Grants
- Government RFPs, Government Contracts and Government Sales Opportunities
- Government Planholder Lists
- Government Bid Results
- Award Data on Government Contracts

You will also receive government bids, government RFPs and quotes directly from Onvia's agency partners. Onvia connects businesses with more than 500 government agencies that input their bid information directly into the Onvia DemandStar procurement system. Onvia helps suppliers stay up to date with government bid documents and addenda from specific government agencies. As an Onvia Guide subscriber, your company will be emailed these Onvia DemandStar government opportunities automatically.

Each business day, we deliver electronic notifications of government contracts. Those government sales opportunities are collected, sorted and categorized to match your business. We send you a compiled report that contains only the most relevant and useful information and sales opportunities for your business. We can even include information on government planholder lists, government bid results, award data on government contracts and advanced notice for government contracts.

- FAQ
- Onvia Guide Demo
- Onvia Business Builder Demo

New Product Update

You can now search our comprehensive database of government contract information and government sales opportunities. **Onvia Navigator** provides focused government searches by industry, category, procurement types, location, owners, buyers, contract value, key dates and much more.

Demo Now

See the most comprehensive government business intelligence database in action. Call (800) 331-2320 or **request a personal demo** to see how Onvia Dominion™ will empower your company.

"Onvia saves my marketing staff so much time researching leads and published RFPs! Now, rather than having to search for projects that must be advertised, we turn to the Guide daily for this information."
--Doug Parker, Professional Design Group

Home | Contact Us | Terms of Use | Privacy | Site Map