Login | Register |                                                           Help





Home     My DemandStar     Buyers     **Suppliers**     Account Info

# Bid Details

## Bid Information

| | |
|---|---|
| Agency | Town of Palm Beach |
| Bid Type | Request for Proposal |
| Bid Number | RFP-2006-01-0-2006/CB |
| Fiscal Year | 2006 |
| Bid Writer | Charles Boggs |
| Bid Name | Integrated Municipal Systems Software |
| Bid Status | Under Evaluation |
| Bid Status Text | None |
| Award To | |
| Due Date/Time | 4/21/2006 4:00 PM Eastern |
| Broadcast Date | 2/15/2006 |
| Bid Bond | None |
| Project Estimated Budget | |
| Plan (blueprint) Distribution Options | None |
| Distribution Method | Download and Mail |
| Distributed By | Onvia DemandStar |
| Distribution Notes | None |
| Scope of Work | To implement a software system to support the Town's finance, human resources, planning, zoning an business processes. The intent is to improve the information handling capabilities and reduce the Town paper flow for business information processing. The primary purpose of the Integrated Municipal Softw will be to replace existing AS/400 based applications with a state-of-the-art set of integrated application |
| E-Bidding | No |

## Legal Ad

Please select either the View or Edit button to manage legal ad.

## Pre-Bid Conference

March 10, 2006
10:00 A. M.
EOC Conference Room
355 S. County Road
Palm Beach, FL 33480

## Publications

Palm Beach Post 2/19/2006
Palm Beach Post 2/26/2006

## Documents

**Bid Package**
Request for Proposals 2006-01, Integrated Municipal Systems Software (75 Pages, Complete)
Legal Ad for RFP 2006-01 (1 Page, Complete)
Addendum & Clarification - RFP No 2006-1 Integrated Municipal Software System (11 Pages, Co

## Commodity Codes

**CSF-209-11** - Accounting/Financial: Bookkeeping, Billing and Invoicing, Budgeting, Payroll, Taxes, etc.
**CSF-209-52** - Human Resources Software
**CSF-209-56** - Inventory Management
**CSF-209-64** - Personnel Software
**CSF-209-72** - Purchasing Software
**CSF-209-87** - Software, Mini/Mainframe Computer (Not Otherwise Classified)

<< Return

DemandStar is a product of Onvia, Inc. (c) 1997-2006. All rights reserved. | Terms of Use | Privacy