Login | Register |                                                           Help


ONVIA DEMANDSTAR

Home    My DemandStar    Buyers    **Suppliers**    Account Info

## Planholders List

**Member Name** Town of Palm Beach
**Bid Number** RFP-2006-01-0-2006/CB
**Bid Name** Integrated Municipal Systems Software

60 Planholder(s) found.

| Supplier Name | City | State | Phone | |
|---|---|---|---|---|
| MUNIS | Falmouth | ME | 2077812260 | 207 |
| New World Systems | Fair Haven | NJ | 7322191699 | 732 |
| New World Systems Corporation | Troy | MI | 2482691000 | 248 |
| On-Point Consulting, Inc. | Tallahassee | FL | 8502241002 | 850 |
| PBS&J - Orlando | Orlando | FL | 4076477275 | 407 |
| PC Qwest, Inc | Coral Springs | FL | 9547532312 | 954 |
| performancesoft | Vienna | VA | 7035641511 | 703 |
| Radiant Systems, Inc. | South Plainfield | NJ | 9086681080 | 908 |
| RADISE International | Riviera Beach | FL | 5618410103 | 561 |
| SAI Computers | Greenville | NC | 2527564727 | 252 |

Page 5 of 6    first | previous | next | last

Format for Printing [No]

[Search]  [<<Return]

DemandStar is a product of Onvia, Inc. (c) 1997-2006. All rights reserved. | Terms of Use | Privacy