

# City of D

X  "Proud Heritage, Pro

- Home
  - Welcome
- Building Department
- City Codes
- City Commission:
- Agenda/minutes
- City Manager
- City Officials
- Clerk/Finance
- Code Enforcement
- Contacts
- Election/Voter
- Events
- Garbage Collection
- Job Listings
- News
- Parks
- Planning/Zoning
- Police
- Public Works
- Recreation
- Rental Facilities
- Streets
- Sewer
- Transportation
- Volunteers
- Water
- Web Links
  - Legal Disclaimer

## City Manager's Office



(352) 523-5050
Harold R. Sample, City Manager - Ext. 308
Laura Beagles, Administrative Services Director – Ext. 324
Chris Chandler, Executive Assistant - Ext. 307
Bobbi Connor, Personnel/Purchasing Specialist
Ext. 306
Andrea Addison, Accounts Clerk - Ext. 304
Barbara Wells, Purchasing/Inventory Specialist - Ext 315

**Click here!** for list of upcoming public meetings for May 2006!

**FY 2005-06 Budget, click here!**

### DEPARTMENT SUMMARY

The City Manager is authorized by the City Charter to act as the chief administrative officer this capacity the City Manager is responsible for supervising all departments and divisions c the exception of the City Clerk/Finance Officer and the City Attorney who report directly to th Commission. Additional responsibilities include: preparing and submitting the annual budget City's personnel system (encompassing Human Resources, Risk Management, and Employ and acting as the Purchasing Agent for the City. The City Growth Administrator also reports City Manager.

### MAJOR DEPARTMENTAL FUNCTIONS

1. Preparation and Submittal of City Budget
2. Financial Management (duties shared with City Finance Officer)
3. Economic Development
4. Personnel Administration
a) Labor Relations
b) Wage & Benefits Review
c) Risk Management
d) Employee Recruitment & Retention
e) Training
5. Purchasing and Contract Administration
a) Bid Preparation & Advertisement
b) Requisition/Purchase Order Review & Processing
c) Transfer Authorization
6. Planning and Zoning Administration
7. Overall administration of city services
8. Staff and clerical support to City Commission

Agenda/minutes | Budget FY 2005-06 | Code Enforcement | Job Opportun

| Licensing | Volunteering | Garbage/Trash Collection | Recreation | Rent

**Contact Us**

**City of Dade City**
38020 Meridian Avenue
Dade City, FL 33525

Mailing address:
P. O. Box 1355
Dade City, FL  33526-1355

©2004, City of Dade City, Florida

**Established 1889**