## INDEX OF EXHIBITS

#5       Affidavit of Chauncey Jones