# EXHIBIT 5

# AFFIDAVIT OF CHAUNCEY JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW WORLD SYSTEMS CORPORATION,

    Plaintiff,

vs.

CHAUNCEY JONES and
TYLER TECHNOLOGIES, INC.,

    Defendants.

Case No. 06-11603
Honorable Denise Page Hood

---

## AFFIDAVIT OF CHAUNCEY JONES

Chauncey Jones, being duly sworn, deposes and states as follows:

1. I make this affidavit of my personal knowledge. If called as a witness, I can testify competently to the foregoing in open court.

2. I have never lived in Michigan, nor have I ever worked in Michigan. I do not now and never have owned property in Michigan.

3. In my employment for Tyler Technologies, I work out of Hillsborough County, Florida. I have called on customers only in Florida and Alabama.

4. During the time I worked for New World, the only times I ever came to Michigan were for infrequent sales meetings as required by New World. I have never solicited or called on customers or prospective customers in Michigan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 11___, 2006.

                                              _____
                                              Chauncey Jones