## INDEX OF ATTACHMENTS

| Exhibit | Title |
|---|---|
| 1 | Affidavit of David Materne in Support of Reply Brief in Support of Motion for Preliminary injunction and Other Relief |
| 2 | New World Memorandum to Chauncey Jones, dated January 6, 2006 |
| 3 | Letter from Lezlee A. Tingleff to Chauncey Jones, dated March 8, 2006 |
| 4 | Letter from New World to Chauncey Jones, dated January 13, 2006 |
| 5 | Resume of Chauncey Jones |