# New World Systems®

*Sent regular mail w/ COBRA packet 1-10-06*

Confidential Memorandum

---

**To:** Chauncey Jones

**Date:** Friday, January 6, 2006

**From:** New World Systems Corp.

**Subject:** Termination of Employment

---

This letter is to inform you of our intent to terminate your employment. Your last day reporting to work is today, however, you'll be paid through the end of the day Friday, January 13, 2006. Although your employment with New World is terminable at will with or without cause, the reasons for your termination include but are not limited to the following:

- Lack of consistency in meeting performance expectations

Please return all company documentation and property including your laptop, printer/fax, network key fob, Troy office security card and final expense reports to the attention of Lezlee Tingleff (Troy office) to arrive on or before this Monday, January 9. Any final payments to you will be made by check and will be processed after everything has been returned.

Although you will be employed by New World through the date noted above, you should not report to work, enter our offices, contact employees at our offices, make contact with our Customers, prospects, business partners or suppliers from now forward, unless requested to do so by New World's Human Resources Department. You may be called upon by your manager to respond to specific requests like attending meetings, providing certain information or services, turning over projects or contacts, etc. through your final day of pay. Your cooperation in this regard is appreciated and expected.

As a final matter, you will receive in the mail your termination papers including your last payout, C.O.B.R.A. insurance (if applicable), and any other matters that require finalization. This paperwork will arrive to you on or before your last day of pay. If you have any questions about your termination papers please contact our Director of Human Resources, Lezlee Tingleff.

We're sorry that things did not work out as we both planned. We sincerely wish the best for you in the future.