March 8, 2006

*Mailed 3-8-06*
*— regular & Certified*

Mr. Chauncey Jones
4416 Dolphin Drive
Tampa, FL 33617

Dear Chauncey:

We are writing to demand immediate return of all New World property you have in your possession, at New World's expense. At this time, New World has still not received the laptop computer and related accessories, projector, fax/printer, network key fob and security card that were assigned to you. In addition, we have not received all other company property, brochures, copies of customer or prospect lists, pricing information and any other confidential and proprietary information that you may have had access to while employed by New World. Some of this information is undoubtedly contained on your company lap top.

We have previously requested return of your New World property in writing and by voice message several times with no response. Please contact me immediately to make arrangements for the return of New World's property. If we do not hear from you by Friday, March 17, 2006 we will be forced to consider any legal remedies that we may have available.

Thank you in advance for your prompt cooperation.

Sincerely,


Lezlee A. Tingleff
Director of Human Resources


Cc:   Claudia Babiarz
      David Materne

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.44 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.44 |

Postmark Here

Sent To *Chauncey Jones*
Street, Apt. No.; or PO Box No. *4416 Dolphin Dr.*
City, State, ZIP+ 4 *Tampa, FL 33617*

PS Form 3800, May 2000        See Reverse for Instructions