
*New World Systems*
*The Public Sector Software Company*

January 13, 2006

Chauncey Jones
4416 Dolphin Drive
Tampa, FL 33617

Dear Chauncey:

We're sorry that our current working relationship terminates effective Friday, January 6, 2006 (last day reporting to the office) with Friday, January 13, 2006 as your last day of pay. We wish to confirm certain areas upon your departure. Attached you will find the following:

1. General Statement

2. COBRA/HIPPA and Retirement Documents

3. Financial Statement

Chauncey, we believe these statements are accurate and will assume you agree unless we hear otherwise in writing from you within one week from when you receive this document. We wish you the best in your new endeavors.

Sincerely,


New World Systems Corporation


cc: Personnel File

# CHAUNCEY JONES
## FINANCIAL STATEMENT

You acknowledge and agree that the following Financial Statement fairly and accurately represents the outstanding financial obligations between New World Systems and you:

### A. SALARY
Annual Gross $61,800 ($5,150 per month)

Salary for period ending January 13, 2006 (last day of pay). Final paycheck will be paid on or about January 27, 2006. Your final check will be mailed to your home and include the following paid days: Jan 9-13            $1,188.45

### B. VACATION
0.0 days earned in January of Year 9
0.0 days taken
0.0 days to be paid to Chauncey Jones            $ 0.00

## *TOTAL COMPENSATION GROSS PAYABLE*            *$1,188.45*

### C. EXPENSES
Expenses from any outstanding Weekly Travel Expense Reports            **$ TBD**
**(will be based on current submissions)**

### D. COMMISSIONS
Paid in accordance with Chauncey's sales comp plan (current commission statement attached).

### E. OTHER DEDUCTIONS
Taxes and other standard amounts will also be withheld from your final check(s) as appropriate.

**NEW WORLD SYSTEMS Corp.**
Commission Statement
Jones, Chauncey
# 578

| Date | Customer | Contract Identifiers | Div/ New or Upgr | Type | Commissionable Base | Commission This Sale | Commissions Earned in 2005 | Balance Forward | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 | Amount Paid in 2005 YTD | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec-02 | Sunny Isles Beach | FM, Community Services, LogosNet.toG | LN | SW | 148,920 | 11,914 | | 223 | | | | | | | | | | | | | | 5,9 |
| Dec-02 | LaGrange | FM, HR | LN | SW | 135,900 | 12,797 | | 2,848 | 610 | 407 | | | 1,017 | | 814 | | | | | | 2,848 | |
| Jul-03 | Madison | FM, HR, UB, CS, PW, LogosNET.toG | LN | SW | 153,225 | 12,258 | | 476 | | | | | | | | | | | | | | |
| Dec-03 | Winter Haven | FM, HR, UB, CS, Net.toGov | LN | SW | 170,000 | 13,571 | | 2,032 | | | | | | | | 592 | | | | | 592 | 1,4 |
| Jun-05 | Jasper County | FM, HR, CD, eSuite | LN | SW | 215,800 | 7,264 | 7,264 | 7,264 | | | | | | | | 5,367 | | 186 | 529 | | 6,083 | 1, |
| Jun-05 | Jasper County | FM, HR, CD, eSuite | LN | SSMA | | 2,656 | 2,656 | 2,656 | | | | | | | | | | | | | | 2, |

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Commissions | | | | | | | 9,920 | 15,499 | 610 | 407 | - | - | 1,017 | - | 814 | 5,367 | 592 | 186 | 529 | - | 9,522 | 5, |
| Special Incentives | | | | | | | - | - | | | | | | | | | | | | | | |
| Qlty Quota Bonus | | | | | | | - | - | | | | | | | | | | | | | | |
| Total | | | | | | | 9,920 | 15,499 | 610 | 407 | - | - | 1,017 | - | 814 | 5,367 | 592 | 186 | 529 | - | 9,522 | |

CONFIDENTIAL

Jones

1/9/2006 12:05 Comm.Sum - Year End\A 8.77 AM.xls