# CHAUNCEY C. JONES

*4416 Dolphin Drive • Tampa, FL 33617 • (813) 985-1913*

**OBJECTIVE:** Seeking a position in the area of Sales and/or Marketing which will enable me to utilize my communications, organizational, analytical, technical, and leadership skills. I seek an opportunity that will offer professional growth and advancement based upon performance, knowledge and experience.

**EXPERIENCE:**

**EN POINTE TECHNOLOGIES, INC. - Tampa, FL**   10/96 - Present
**Florida Sales and Operations Manager**
- Direct and grow a startup sales operation which has yielded more than $3.5 million in the sale of multi-vendor computer hardware, software, networking options, asset and network management tools and services.
- Develop and manage a sales territory encompassing Central and North Florida which includes four major markets.
- Recruit, hire, and manage a sales and service team of representatives to penetrate and grow marketshare within Fortune 2000, Governmental, and Educational Accounts.
- Set pricing and profit margin policies assuring that each sales transaction is a profitable one.
- Establish and monitor the monthly, quarterly, and annual sales objectives for each sales representative.
- Develop territory account plans with each sales representative to ensure a sound account strategy, to gain marketshare, to grow sales volumes, and to attain 100% customer satisfaction.
- Responsible for managing Florida's Operations as a profit center.
- Exceeded sales plan with a record of 127%.


*outside sales force for IBM*

**MARKETSOURCE CORPORATION - Tampa, FL**
**PC Server and Networking Product Representative**   1/96 - 10/96
- Sell IBM PC Server and Networking products to IBM Value Added Resellers (VARs) and key End-User Accounts in Central and North Florida.
- Develop territory account plans designed to increase mindshare and marketshare and to ensure that business volumes are met while attaining a 100% customer satisfaction rating.
- Analyze monthly sales reports and review with each VAR to measure performance and effectiveness of marketing programs and promotions.
- Competitively position IBM Server and Networking Products to VARs and Key Accounts.
- Provide VARs with technical leadership and assistance with systems integration of PC-based servers, networking products, and network operating systems.
- Provide on-site customer support in the form of hardware and software problem determination and resolution for PC Server and Networking products.
- Develop and execute marketing programs designed to obtain significant business results with minimal management guidance.
- Increased Y-T-Y sales by 28% with a sales record of $120 million.

**Advisory Software Marketing Representative / Team Leader**   1/93 - 12/95
- Sell IBM's PC-based software offerings including OS/2 Warp, DB2/2, CM/2, LAN Server, Warp Server, and LAN Management Utilities to key large accounts.
- Competitively position IBM's offerings and articulate IBM's advantages to key large accounts.
- Develop and execute territory account plans designed to meet customer requirements, sales objectives, and to protect and grow software install base.
- Engage competition by integrating and demonstrating customer applications interoperating with IBM software and hardware products.
- Led joint-development efforts of a major telecommunications company's product development and rollout of a suite a networked and stand-alone applications.
- Supervise and develop a team of six software specialists.
- Perform territory reviews with each software specialist to ensure sales opportunities are maximized.
- Increased Y-T-Y sales by 75% with a sales record of $2.5 million within an international account.

**IBM CORPORATION - TAMPA, FL**
**Product Manager for AS/400, PS/2, and OS/2 Products**                  1/90 – 12/92

- Support each Florida Branch Office Sales Team in the sale of IBM PS/2, OS/2, and AS/400 products across large and key account opportunities.
- Plan, organize, coordinate, and execute marketing programs and training sessions that emphasize driving business volumes, increasing marketshare, and educating both IBM and customer attendees.
- Create market-driven programs highlighting the benefits and exclusives of IBM hardware, software, services and financing.
- Understand competition and ensure that effective protect and winback strategies are in place for large and key accounts.
- Work with Florida CFO in setting prices and margins on focus and special bids.
- Provide IBM Pricers with input to product price points for new products.
- Provide research and development with field and customer feedback and suggestions with respect to new product prototypes and product improvements.
- Exceeded sales plan for hardware and software with a record of $360 million or 103% of plan as compared to IBM's US record of 92% of plan.
- Grew marketshare by 4% as compared to the industry's US growth of *negative* 8.3%.

**Territory Marketing Representative and Systems Engineer**              7/81 – 12/89

- Develop and manage (2) major and (8) key accounts which resulted in a 25% increase in Y-T-Y sales.
- Develop and execute customer account plans designed to address customer requirements, exceed assigned sales volume and grow marketshare. Products ranged from personal computers to mainframes.
- Incorporate and leverage all resources, marketing programs, and briefings to drive business volumes and grow the territory.
- Install and train customers on mid-range and networked solutions across industries.
- Develop and implement cross-industry marketing programs for two sales offices.
- Exceeded assigned quota objectives with an average record of 112% of plan per year and an average record of $2.5 million in revenues.

**HONORS & AWARDS:**
MarketSource Marketing Representative of the Year - 1993
IBM Hundred Percent Club - 1987, 1988, 1989
IBM SE Achievement Forum - 1983, 1985
IBM Customer Center Marketing Representative of the Year - 1987

**EDUCATION:**
Bachelor of Science
Florida A&M University - Tallahassee, FL
Major: Business Administration
Minor: Accounting
*Honors: Graduated Magna Cum-Laude*                                      Dec. 1980

**COMMUNITY AFFILIATIONS:**
Volunteer Tutor/Football Coach for the Palmetto Youth Center             1992 – Present
Volunteer Mentor/Tutor for Pinellas County School System                 1987 – 1991

**RELOCATION:**
I am able to relocate.