# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**NEW WORLD SYSTEMS CORP.,**

       Plaintiff(s),

vs.

**CHAUNCEY JONES and TYLER\
TECHNOLOGIES, INC.,**

       Defendant(s).

_____/

**CIVIL ACTION NO.: 06-11603**
**JUDICIAL OFFICER: HON. DENISE PAGE HOOD**
**COPIES DISTRIBUTED AT CONFERENCE OR MAILED TO:**

# SCHEDULING ORDER

This case having come before the court pursuant to Rule 16 of the Federal Rules of Civil Procedure, the court **orders** the following schedule controlling the progress of this case:

**Witnesses:** All witnesses to be called at trial shall be listed by August 31. 2006

**Discovery:** All discovery shall be completed by October 2, 2006

**Mediation:** This case shall be referred to Wayne County Mediation on _____N/A_____ for mediation to be set in light of this schedule.

**Motions:** No motions other than trial motions **in limine** may be filed after October 16, 2006
Motion practice will be governed by Local Rule 7.1.

**Settlement Conference\*** Date: _____      Time: UPON REQUEST

**Final Pretrial Conference:\*** The final pretrial conference is scheduled for January 16, 2007 at 2:30 p.m.

\*A proposed Joint Final Pretrial Order signed by counsel for all parties shall be submitted to the court one (1) week prior to the final pretrial conference. The requirements of such a pretrial order, as set forth in Local Rule 16.2 are attached. Compliance with these requirements is mandatory. **Note:** Trial counsel and the parties, or a representative with full settlement authority, are required to attend the settlement conference and final pretrial conference.

**Trial:** Trial is scheduled to commence February 12, 2007 at 9;00 a.m.
**(Bench) 3 Days**

**Other Matters: The proposed Joint Final Pretrial Order and all trial Motions in Limine shall be submitted to the Court by January 9, 2007**

## NO FURTHER NOTICES WILL BE MAILED

**Dated: May 30, 2006**            **s/ DENISE PAGE HOOD**
                                    **DENISE PAGE HOOD**
                                    **UNITED STATES DISTRICT JUDGE**