**ATTACHMENT**

| Exhibit | Title |
|---------|-------|
| 1 | Affidavit of Robert Lewis |