UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW WORLD SYSTEMS CORPORATION,

                      Plaintiff,          Case No. 2:06-cv-11603
                                             Hon. Denise Page Hood

v.

CHAUNCEY JONES and TYLER        Magistrate Judge Virginia M. Morgan
TECHNOLOGIES, INC.,

                      Defendants.

---

| | |
|---|---|
| SAFFORD & BAKER, PLLC<br>Ralph R. Safford (P24633)<br>Mary Ann Hart (P48994)<br>Matthew W. Bower (P66957)<br>Attorneys for Plaintiff<br>40900 Woodward Avenue, Suite 275<br>Bloomfield Hills, Michigan 48304<br>(248) 646-9100<br><br>Claudia V. Babiarz (P36230)<br>Co-Counsel for Plaintiff<br>888 W. Big Beaver Road, Suite 600<br>Troy, Michigan 48084<br>(248) 269-1000 | VERCRUYSSE, MURRAY & CALZONE, PC<br>Daniel J. Bernard (P34225)<br>William E. Altman (P52788)<br>Attorneys for Defendants<br>31780 Telegraph Road, Suite 200<br>Bingham Farms, Michigan 48025<br>(248) 540-8019 |

---

### AFFIDAVIT OF ROBERT LEWIS

Robert Lewis, being first duly sworn, states:

1.     I am of full age, am making this affidavit upon personal knowledge, and can testify competently to the facts set forth below.

2.     I am the Vice President of Sales for New World Systems Corporation ("New World"), the plaintiff in the above-captioned matter.

3.   For a number of years, New World has been working to sell its finance and management software system to the City of North Miami, Florida. The North Miami account represented a significant opportunity for New World.

4.   In the summer of 2004, Chauncey Jones, the New World sales representative assigned to solicit sales in Florida, told me that he had been informed by Carlos Perez, North Miami's finance director, that New World was the preferred vendor for the city's new software system and that Perez would use New World's proposal in his presentation to the City Council requesting funding.

5.   North Miami did not obtain the funding for its new software system until September 2005. During the fall of 2005, Jones and I met with Perez and Hortensia Machado, North Miami's Director of Information Services. During the meeting, Perez and Machado told us that North Miami continued to prefer New World over its competitors.

6.   In January 2006, New World terminated Jones' employment.

7.   In or around the spring of 2006, I took Barry Tudor, the new representative assigned by New World to solicit sales in Florida, to introduce him to Perez, Machado, and other members of North Miami's city management team. During the visit, Perez was markedly less enthusiastic about New World than he had been in our previous meetings. Perez told me that Jones had been instrumental in making New World the preferred vendor for its new software system.

8.   In March 2006, North Miami formally solicited proposals for the provision of its new software system.

9. New World subsequently submitted a proposal to North Miami to supply its Logos® .Net software.

10. On June 12, 2006, I received a letter from North Miami stating that New World had not made the list of finalists for its new software system.

11. Jones is currently working for Tyler Technologies, Inc. ("Tyler") and soliciting sales from North Miami. Upon information and belief, Jones participated in submitting proposals to North Miami on behalf of Tyler.

12. The finalists for North Miami's new software system are MUNIS, Eden, and Cogsdale. MUNIS and Eden are both divisions of Tyler.

13. While New World does not win every account comparable to North Miami that it solicits, it is extremely unusual for New World to be omitted from the list of finalists for such accounts.

Dated: July 21, 2006

_____
Robert Lewis

Subscribed and sworn to before me this 21st day of July, 2006.

_____
BOB KAUFMAN
NOTARY PUBLIC STATE OF MICHIGAN
OAKLAND COUNTY
MY COMMISSION EXP. JULY 1, 2012

3