**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**NEW WORLD SYSTEMS CORP.,**

       Plaintiff(s),                        **CIVIL ACTION NO.: 06-11603**
vs.                                          **JUDICIAL OFFICER: HON. DENISE PAGE HOOD**
**CHAUNCEY JONES, et al.,**              **COPIES DISTRIBUTED AT CONFERENCE OR MAILED TO:**

       Defendant(s).
_____/

## AMENDED SCHEDULING ORDER

This case having come before the court pursuant to status conference held on June 2, 2009, the court **orders** the following schedule controlling the progress of this case:

**Witnesses:** All witnesses to be called at trial shall be listed by October 15, 2009

**Discovery:** All discovery shall be completed by December 2, 2009

**Mediation:** This case shall be referred to Wayne County Mediation on N/A for mediation to be set in light of this schedule.

**Motions:** No motions other than trial motions **in limine** may be filed after December 15, 2009
Motion practice will be governed by Local Rule 7.1.

**Settlement Conference*** Date: TO BE CONDUCTED BY MAGISTRATE JUDGE DURING THE MONTH OF NOVEMBER 2009

**Final Pretrial Conference:*** The final pretrial conference is scheduled for February 22, 2010 at 3:00 p.m.

*A proposed Joint Final Pretrial Order signed by counsel for all parties shall be submitted to the court one (1) week prior to the final pretrial conference. The requirements of such a pretrial order, as set forth in Local Rule 16.2 are attached. Compliance with these requirements is mandatory. **Note:** Trial counsel and the parties, or a representative with full settlement authority, are required to attend the settlement conference and final pretrial conference.

**Trial:** Trial is scheduled to commence March 8, 2010 at 9:00 a.m.
**(Bench) 3 Days**

**Other Matters: 1. The proposed Joint Final Pretrial Order and all trial Motions in Limine shall be submitted to the Court by February 15, 2010.**

## NO FURTHER NOTICES WILL BE MAILED

**Dated: June 4, 2009**                      s/ DENISE PAGE HOOD
                                                  DENISE PAGE HOOD
                                                  UNITED STATES DISTRICT JUDGE