MIE 310 Order of Reference to a Magistrate Judge Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| NEW WORLD SYSTEMS CORP., | Case Number: 06-11603 |
| Plaintiff(s), | Honorable Denise Page Hood |
| v. | Magistrate Judge Virginia M. Morgan |
| CHAUNCEY JONES, et al., | |
| Defendant(s), | |

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Virginia M. Morgan for the following purpose(s):

■ **TO CONDUCT A SETTLEMENT CONFERENCE DURING THE MONTH OF NOVEMBER 2009**

DATED: June 4, 2009            s/ DENISE PAGE HOOD
Detroit, Michigan              Denise Page Hood
                               United States District Judge

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 4, 2009, by electronic and/or ordinary mail.

s/William F. Lewis
Case Manager