**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

New World Systems Corporation,                    Civil Action No. 06-11603

                Plaintiff(s),                              District Judge Denise Page Hood
  vs.
                                                           Magistrate Judge Virginia M. Morgan

Chauncey Jones, et al.,

                Defendant(s).
_____/

## NOTICE OF SETTLEMENT CONFERENCE

**Take notice** that a **Settlement Conference with Client(s)/Client Representative(s), Including Those with Full Settlement Authority** in the above-entitled case has been set for **Tuesday, November 3, 2009, at 10:00 a.m.,** before Magistrate Judge Virginia M. Morgan, 200 East Liberty Street, Ann Arbor, MI 48104.  Please check in at Clerk's Office.

     Please note the following:

1. One week prior to the conference, it is recommended that parties submit a concise statement summarizing their position(s), **not to exceed two pages**.  The statement should be delivered or e-mailed directly to chambers and **is not to be filed with the Court**.

2. Parties must give the names of the persons attending the conference, including the names of those with full settlement authority, to the secretary no later than noon the day before the scheduled conference.

3. If the parties with full settlement authority are not present on the date of the conference, the conference will be cancelled and sanctions will be imposed.

Dated: 6/12/09                                                 Virginia M. Morgan
                                                               United States Magistrate Judge

                                                               s/Barbara M. Radke
                                                               Barbara M. Radke, Secretary

                                              Proof of Service

I certify that this document was served upon counsel of record via the Court's ECF system and/or U. S. Mail on 6/12/09.
                                              s/Barbara M. Radke_____
                                              Secretary to Magistrate Judge Virginia M. Morgan