UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW WORLD SYSTEMS CORPORATION,

      Plaintiff,                               Case No. 06-11603
                                                      Honorable Denise Page Hood

vs.

CHAUNCEY JONES and
TYLER TECHNOLOGIES, INC.,

      Defendants.

_____

**STIPULATION TO EXTEND DEADLINE FOR FILING WITNESS LISTS**

THE UNDERSIGNED HEREBY STIPULATE AND AGREE to extend the deadline for filing witness lists in the above-captioned cause from October 15, 2009, to November 5, 2009. All other dates in the Amended Scheduling Order entered June 4, 2009, remain in effect.

| | |
|---|---|
| /s/with consent of Ralph R. Safford | /s/Daniel J. Bernard |
| Ralph R. Safford (P24633) | Daniel J. Bernard (P34225) |
| rsafford@saffordbaker.com | dbernard@vmclaw.com |
| SAFFORD & BAKER, PLLC | VERCRUYSSE MURRAY & CALZONE, P.C. |
| 40900 Woodward Avenue, Suite 275 | 31780 Telegraph Road, Suite 200 |
| Bloomfield Hills, MI  48304 | Bingham Farms, Michigan  48025 |
| (248) 646-9100 | (248) 540-8019 |
| Attorneys for Plaintiff | Attorneys for Defendants |

2

**ORDER EXTENDING DEADLINE FOR FILING WITNESS LISTS**

UPON THE FOREGOING STIPULATION AND AGREEMENT, and the Court being fully advised in the premises, now therefore:

IT IS HEREBY ORDERED that the deadline for filing witness lists shall be and is extended from October 15, 2009, to November 5, 2009. All other dates in the Amended Scheduling Order entered June 4, 2009, remain in effect.

                                                s/ DENISE PAGE HOOD
                                                DENISE PAGE HOOD
                                                UNITED STATES DISTRICT JUDGE

Dated October 27, 2009