UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW WORLD SYSTEMS CORPORATION,

               Plaintiff,               Case No. 2:06-cv-11603
                                                        Hon. Denise Page Hood

vs.

CHAUNCEY JONES and
TYLER TECHNOLOGIES, INC.,

               Defendants.

_____

**STIPULATION FOR DISMISSAL**

THE UNDERSIGNED HEREBY STIPULATE AND AGREE that Plaintiff's complaint in the above-captioned cause shall be dismissed in its entirety, with prejudice and without costs to any party.

| | |
|---|---|
| /s/with consent of Ralph R. Safford | /s/Daniel J. Bernard |
| Ralph R. Safford (P24633) | Daniel J. Bernard (P34225) |
| rsafford@saffordbaker.com | dbernard@vmclaw.com |
| SAFFORD & BAKER, PLLC | VERCRUYSSE MURRAY & CALZONE, P.C. |
| 40900 Woodward Avenue, Suite 275 | 31780 Telegraph Road, Suite 200 |
| Bloomfield Hills, MI 48304 | Bingham Farms, Michigan 48025 |
| (248) 646-9100 | (248) 540-8019 |
| Attorneys for Plaintiff | Attorneys for Defendants |

## **ORDER OF DISMISSAL**

UPON THE FOREGOING STIPULATION AND AGREEMENT, and the Court being fully advised in the premises, now therefore:

IT IS HEREBY ORDERED that Plaintiff's complaint in the above-captioned cause shall be and is dismissed in its entirety, with prejudice and without costs to any party.

s/ DENISE PAGE HOOD<br>
DENISE PAGE HOOD<br>
UNITED STATES DISTRICT JUDGE

Dated: November 25, 2009